

United States District Court
Eastern District of California

| JAN LITWIN | Case Number: 2:23-cv-01885-DJC-KJN |

Plaintiff(s)

V.

| WESTCHESTER SURPLUS LINES INSURAN| APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Karl A. Schulz hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Westchester Surplus Lines Insurance Company

On 11/02/2007 (date), I was admitted to practice and presently in good standing in the please see attached list (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/02/2023     Signature of Applicant: /s/ Karl A. Schulz

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Karl A. Schulz |
| Law Firm Name: | Mound Cotton Wollan Greengrass LLP |
| Address: | 3 Greenway Plaza |
| | Suite 1300 |
| City: | Houston   State: TX   Zip: 77046 |
| Phone Number w/Area Code: | 281-572-8350 |
| City and State of Residence: | Sugar Land, Texas |
| Primary E-mail Address: | kschulz@moundcotton.com |
| Secondary E-mail Address: | mheard@moundcotton.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jonathan Gross |
| Law Firm Name: | Mound Cotton Wollan Greengrass LLP |
| Address: | 2200 Powell Street |
| | Suite 1050 |
| City: | Emeryville   State: CA   Zip: 94608 |
| Phone Number w/Area Code: | (510) 616-9371   Bar #: 122010 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  November 2, 2023          /s/ Daniel J. Calabretta
                                  JUDGE, U.S. DISTRICT COURT

## Admissions for Karl A. Schulz's Pro Hac Vice Application

| **State** | **Bar #** | **Admitted** |
|---|---|---|
| Texas | 24057339 | 11/02/2007 |

| **Federal** | **Admitted** |
|---|---|
| Southern District of Texas | 05/01/2008 |
| Northern District of Texas | 09/22/2011 |
| Western District of Texas | 06/06/2011 |
| Eastern District of Texas | 05/04/2009 |
| Fifth Circuit Court of Appeals | 04/07/2022 |