UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN LITWIN,<br><br>　　*Plaintiff*,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES<br>INSURANCE COMPANY,<br><br>　　*Defendant*. | §<br>§<br>§<br>§<br>§　C.A. No. 2:23-cv-01885-DJC-KJN<br>§<br>§<br>§<br>§<br>§ |

### ORDER GRANTING MOTION TO WITHDRAW COUNSEL

Came to be considered the Motion to Withdraw Counsel ("Motion") of Defendant Westchester Surplus Lines Insurance Company ("Defendant"). The Court, having considered Defendant's Motion, the response, and the argument of counsel, finds that the Defendant's Motion should be in all things **GRANTED**. It is,

**ORDERED** that Jonathan Gross of Mound Cotton be withdrawn as additional counsel of record for Defendant.

SIGNED this 22nd day of January, 2024.

　　　　　　　　　　　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE