UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN LITWIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br><br>　　　　Defendant. | No.  2:23-cv-01885-DJC-CSK<br><br><br><u>ORDER TO SHOW CAUSE</u> |

　　　　On June 18, 2024, Defendant filed a Motion to Dismiss.  (ECF No. 26.)  Pursuant to Local Rules for this district, the deadline for Plaintiff to file an opposition or statement of non-opposition was fourteen days after the Motion to Dismiss was filed.  L.R. 230(c); *see also* Fed. R. Civ. P. 78.  More than fourteen days have passed and Plaintiff has failed to file an opposition, statement of non-opposition, or a request for an extension of time to do so.[1]

　　　　Accordingly, IT IS HEREBY ORDERED that within seven days of this order Plaintiff must show cause in writing why the Court should not construe Plaintiff's failure

////

---

[1] Defendant also indicates that Plaintiff has not yet complied with Magistrate Judge Chi Soo Kim's June 25, 2024 Order.  That matter is not presently before the Court.  Similarly, Defendant has also filed a motion to modify the Court's Scheduling Order but while Plaintiff has not yet filed an opposition or statement of non-opposition to that motion, the time to do so has not yet run.

1

to file a timely opposition as a non-opposition to Defendant's motion and why this case should not be dismissed for failure to prosecute.  See Local Rule 230(c).

IT IS SO ORDERED.

Dated:  **August 1, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE