1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAN LITWIN,                               No. 2:23-cv-01885-DC-CSK

12              Plaintiff,

13         v.                                   ORDER TO SHOW CAUSE

14    WESTCHESTER SURPLUS LINES                 (Doc. No. 43)
      INSURANCE COMPANY,
15
                Defendant.
16

17

18         On September 24, 2025, the court issued an order denying Defendant's motion to dismiss.

19   (Doc. No. 43.) The court cautioned Plaintiff that failure to prosecute his case or strictly comply

20   with court orders will not be tolerated and could result in terminating sanctions. (*Id*. at 8.) Further,

21   the court ordered Plaintiff to file a response to the modified scheduling order proposed by

22   Defendant (Doc. No. 41-1), within seven days of entry of the court's order. (Doc. No. 43 at 9.)

23   Plaintiff has failed to file a timely response.

24   /////

25   /////

26   /////

27   /////

28   /////

Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE within seven days of the date of entry of this order, why this case should not be dismissed due to Plaintiff's failure to prosecute and failure to comply with the court's order.


IT IS SO ORDERED.

Dated:   **November 6, 2025**

Dena Coggins
United States District Judge